IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

EARNEST BARNARD CLAYTON,

Plaintiff,

v.

MARTY C. ALLEN, et al.,

Defendants.

CIVIL ACTION NO.: 6:18-cv-5

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 12), to which Plaintiff filed Objections, (doc. 14). Plaintiff argues that his Amended Complaint sufficiently demonstrates imminent danger of serious physical injury because he included the word "current(ly)" and stated that "presently he is in or under imminent(ly) [sic] danger of serious physical injury." (Id.) These conclusory statements are insufficient to meet the imminent danger of serious physical injury exception to the three strikes provision of 28 U.S.C. § 1915(g).

The Court **OVERRULES** Plaintiff's Objections and **ADOPTS** the Report and Recommendation of the Magistrate Judge as the opinion of the Court. The Court **DISMISSES WITHOUT PREJUDICE** Plaintiff's Complaint and **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal.

The Court further **DIRECTS** the Clerk of Court to enter an appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 9th day of May, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA